# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CARMEN NICHOLAS

VERSUS

TERRY L. BONNIE

NO. 2023 CW 0329

**AUGUST 14, 2023**

---

In Re: Carmen Nicholas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 616866.

---

**BEFORE: LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.sr_

DEPUTY CLERK OF COURT
FOR THE COURT